

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 19, 2024

**BY EMAIL**
The Honorable Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   **Unsealing of Complaint 24 Mag. 3029**

Dear Judge Krause:

The Government respectfully requests that Complaint 24 Mag. 3029 be unsealed, as the defendant has been arrested.

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                                United States Attorney

                      By:   /s/
                                Benjamin Levander
                                Ryan W. Allison
                                Assistant United States Attorneys


**SO ORDERED:**

_/s/ Andrew Krause_
**HON. ANDREW KRAUSE**
**UNITED STATES MAGISTRATE JUDGE**
8/19/24